## No. 9370.

NORWICH UNION FIRE INSURANCE SOCIETY, LIMITED, *v.* KESTENBAUM.

*Error to Denver District Court, Hon. John I. Mullins, Judge.*

*Judgment affirmed.*

Mr. FRANK McLAUGHLIN and Mr. FRANK EXLINE, for plaintiff in error.

Messrs. HINDY, FRIEDMAN & BREWSTER, for defendant in error.

*Per curiam.*

An examination of the record and briefs in this case discloses no prejudical error, and for such reason supersedeas is denied and the judgment of the trial court is affirmed.

*Judgment affirmed.*

Department.

*Per curiam.*

---

## No. 8913.

DENVER TRAMWAY COMPANY *v.* LEWIS.

*Error to Denver District Court, Hon. John A. Perry, Judge.*
Department.

GERALD HUGHES, HOWARD S. ROBERTSON, W. G. TEMPLE, for plaintiff in error.

WILLIAM W. GARWOOD, OMAR E. GARWOOD, GEORGE O. MARRS, for defendant in error.

Opinion by Mr. Justice Teller.

This cause involves the same facts and questions of law as cause No. 8914,—*Denver Tramway Company v. Orbach,*—and was argued with the latter case. For the reasons given in the opinion in that case, the judgment in this case is affirmed.

*Judgment affirmed.*

Chieef Justice Hill and Mr. Justice White concur.